# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIGIDO D. SOLIS,

    Plaintiff

v.

KEOLIS RTC,

    Defendant

Case No.: 2:19-cv-00930-APG-EJY

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 6]

On January 24, 2020, Magistrate Judge Youchah recommended that I dismiss this case with prejudice because plaintiff Brigido Solis did not file an amended complaint as directed and because he has not taken any other action to prosecute this case. ECF No. 6. Solis did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 6) is accepted**. Plaintiff Brigido Solis's complaint (ECF No. 1-1) is DISMISSED with prejudice. The clerk of court shall enter judgment accordingly and close this case.

DATED this 13th day of February, 2020.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE